■ LEWIS J. SOFIA, Respondent, v. ARTHUR J. SCHULDT et al., Appellants.— Motions by appellants for a stay of trial, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ RICHARD A. SORRENTINO et al., Appellants, v. AMERICAN AIRLINES, INC., Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ ANTHONY F. VIETRI, Plaintiff, v. RAINBOW TRAIL, INC., et al., Defendants.— Application pursuant to section 132 of the Civil Practice Act, to vacate temporary stay in order to show cause, denied. We are of the opinion that the issues may be more adequately explored and more satisfactorily decided on the return day of the motion, April 28, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ANTONETTA YANARELLA et al., Individually and on Behalf of the Yonkers Teachers Association, Appellants, v. CURTIS F. McCLANE et al., Respondents.— Motion by respondents to dismiss appeals, denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

## (April 27, 1961)

■ In the Matter of HARRY L. MATTHEWS, Petitioner, v. COUNTY CLERK OF KINGS COUNTY, Respondent.— Application by a defendant in a pending criminal action in the County Court, Kings County, pursuant to section 593 of the Judiciary Law, for permission to examine the records in the office of the County Clerk of Kings County with respect to prospective jurors and the methods used in their selection for service. Application granted to the extent of: (a) authorizing the County Clerk of Kings County to make available to the applicant and his attorneys all the official data (including the questionnaires) now on file in the office of said County Clerk, concerning prospective trial jurors and special jurors for the County Court, Kings County, for the years 1957 to 1961 inclusive; and (b) permitting the applicant and his attorneys to inspect such data and questionnaires. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Incorporation of the VILLAGE OF ATLANTIC BEACH. MABEL F. McGIRR et al., Appellants; FRED LAGER et al., Respondents.— Motion by respondents to dispense with the printing of the record and to add appeal to the May Term Calendar, or in the alternative, to dismiss the appeal for lack of prosecution, denied. Cross motion by appellants for leave to appeal to Court of Appeals from the order of this court, dated April 17, 1961, granted. The following question is certified: Was the order of this court, dated April 17, 1961, properly made? Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.